**VIRGIN ISLANDS BAR ASSOCIATION,**
Plaintiff/Appellee,

v.

**Mark Healy BONNER,**
Defendant/Appellant.

Civil No. 94–7387.

United States Court of Appeals,
Third Circuit.

Dec. 19, 1995.

### STIPULATION

NOW COME the Virgin Islands Bar Association and Mark Healy Bonner, Esq., through undersigned counsel, and stipulate to the entry of the following order in this matter:

Upon stipulation of the parties, the court being fully advised in the premises, it is hereby ORDERED:

1. The opinions of the court below herein, including the opinion reported at 758 F.Supp. 1088 are withdrawn;

2. Any order of the Court below, to the extent it may apply to Mark H. Bonner, is withdrawn;

3. This matter, against Mark H. Bonner, is dismissed *ab initio* from its filing April 26, 1990.

By: /s/ Andrew C. Simpson
    Andrew C. Simpson, Esq.

DATED: November 27, 1995

By: /s/ Mark Healy Bonner
    Mark H. Bonner, Esq.

DATED: November 30, 1995

BECKER, Circuit Judge.

The matter is remanded to the District Court of the Virgin Islands, Brotman, J.

* (Granted as per Court's 4/7/95 Order)

sitting by designation, so that this stipulation may be implemented.

SO ORDERED.